**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 23-6317**

────────────

NOLAN KINARD FLOYD, SR.,

> Plaintiff - Appellant,

v.

WARDEN JEFFREY NINES; RONALD STOTLER, Chief of Security; MS. SHARON,

> Defendants - Appellees.

────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:23-cv-00244-JRR)

────────────

Submitted:  October 19, 2023                    Decided:  October 24, 2023

────────────

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

────────────

Affirmed by unpublished per curiam opinion.

────────────

Nolan Kinard Floyd, Sr., Appellant Pro Se.

────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nolan Kinard Floyd, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Floyd v. Nines*, No. 1:23-cv-00244-JRR (D. Md. Mar. 20, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*